EXHIBIT "C"

# Broker Price Opinion (BPO)

**SOLUTIONSTAR**

| Field | Value | Field | Value |
|---|---|---|---|
| CLIENT LOAN NUMBER: | | INSPECTION TYPE: | [X] Drive-by [ ] Interior |
| 1st ALT TRACKING # | | HOUSE APPEARS: | [X] Occupied [ ] Vacant/Secured [ ] Vacant/Unsecured |
| 2nd ALT TRACKING # | | DATE INSPECTED: | Dec 18 2013 |
| | | BORROWER/OWNER | HAROLD MANIRAM |
| PROPERTY ADDRESS: | 10 CITY PL APT 22G | CLIENT NAME: | Solutionstar PA |
| CITY, STATE, ZIP | WHITE PLAINS NY 10601 | COMPLETED BY: | Stephanie Mason |
| FIRM NAME: | Blue Realty Group Inc | FAX NO: | |
| PHONE NO.: | (914) 772-3949 | PARCEL NUMBER: | 1700-125-076-001-5-134 |

## I. GENERAL MARKET CONDITIONS

Current market condition: [ ] Depressed [ ] Slow [X] Stable [ ] Improving [ ] Excellent
Employment conditions: [ ] Declining [X] Stable [ ] Increasing
Market price of this type property has:
[ ] Decreased _____ % per month for the past 12 months
[ ] Increased _____ % per month for the past _____ months
[X] Remained stable

Estimated percentages of owner vs. tenants in neighborhood: 70 % owner occupant  30 % tenant
There is a [X] Normal supply [ ] oversupply [ ] shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 22    Owner Pride: Excellent
No. of competing listings in neighborhood that are REO or Corporate owned: 0
No. of boarded or blocked-up homes: 0
General Marketing Comments: See Comment section page 3

## II. SUBJECT MARKETABILITY

Range of values in neighborhood is $249,900 to $3,300,000
The subject is an [ ] over improvement [ ] under improvement [X] Appropriate improvement for the neighborhood.
Normal marketing time in the area is: 200 days.
Are all types of financing available for the property? Yes [ ] No [X] If no, explain _____
Has the property been on the market in the last 12 months? Yes [ ] No [X] If no, explain _____
Is the property currently listed? [ ] Yes [X] No    Listing Company: _____ Phone: _____
To the best of your knowledge, why did it not sell? not listed

Unit Type: [ ] single family detached [X] condo [ ] co-op [ ] Multi Family [ ] 2 unit [ ] 3 unit [ ] 4 unit
[ ] single family attached [ ] townhouse [ ] modular [ ] mobile home att [ ] mobile home det [ ] v/land [ ] Other

Resale Comments: See Comment section page 3
If condo or other association exists: Fee $1,170 [ ] monthly [X] annually Current? Yes [X] No [ ] Fee delinquent? $0.00
The fee includes: [X] Insurance [X] Landscape [X] Pool [ ] Tennis    Other none
Association Contact: Name: Trump Corp    Phone No.: (212) 836-3236

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 10 CITY PL APT 22G | 10 City Pl 18F | | 10 City Pl 25C | | 10 City Pl PH2F | |
| City, State, Zip | | White Plains NY 10601 | | White Plains NY 10601 | | White Plains NY 10601 | |
| Proximity to Subject | | *Proximity Same Build | | *Proximity Same Build | | *Proximity Same Build | |
| Type of Sale / Sale Price | | Market $630,000 | | Market $695,000 | | Market $700,000 | |
| Price/Gross Living Area | $497 Sq.Ft. | $461.00 Sq.Ft. | | $527.00 Sq.Ft. | | $493.00 Sq.Ft. | |
| Data Source | MLS 2835037 | MLS 3214505 | | MLS 3331149 | | MLS 3314417 | |
| Property Type | Condo | Condo | | Condo | | Condo | |
| Original List $ / List Date | | $650,000 May 3 2012 12:00AM | | $725,000 Oct 11 2013 | | $685,000 May 9 2013 | |
| Sale Date / Total DOM | | Jul 9 2013 427 | | Nov 25 2013 45 | | Aug 2 2013 85 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Concessions | None | None | 0 | None | 0 | None | 0 |
| Location | Good | Good | 0 | Good | 0 | Good | 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0 | Fee Simple | 0 | Fee Simple | 0 |
| Site Size | 0 ac | 0 ac | 0 | 0 ac | 0 | 0 ac | 0 |
| View | Residential | City | 0 | City | 0 | City | 0 |
| Design and Appeal | Multi-Unit | Multi-Unit | 0 | Multi-Unit | 0 | Multi-Unit | 0 |
| Quality of Construction | Good | Good | 0 | Good | 0 | Good | 0 |
| Age | 8 yrs | 8 yrs | 0 | 8 yrs | 0 | 8 yrs | 0 |
| Condition | Good | Good | 0 | Good | 0 | Good | 0 |
| Above Grade Room Count | Total 4 Bdms 2 BA 2 HBA 1 | Total 4 Bdms 2 BA 2 HBA 1 | 0 | Total 4 Bdms 2 BA 2 HBA 1 | 0 | Total 4 Bdms 2 BA 2 HBA 1 | 0 |
| Gross Living Area | 1,359 Sq.Ft. | 1,367 Sq.Ft. | 0 | 1,320 Sq.Ft. | 0 | 1,421 Sq.Ft. | 0 |
| Basement Sq.Ft./%Fin | 0 Sq.Ft. 0% | 0 Sq.Ft. 0% | 0 | 0 Sq.Ft. 0% | 0 | 0 Sq.Ft. 0% | 0 |
| Functional Utility | Yes | Yes | 0 | Yes | 0 | Yes | 0 |
| Heating/Cooling | Heat Pump | heat pump | 0 | heat pump | 0 | heat pump | 0 |
| Energy Efficient Items | None | None | 0 | None | 0 | None | 0 |
| Garage/Carport | 1 Attached | 1 Attached | 0 | 1 Attached | 0 | 1 Attached | 0 |
| Porches, Patio, etc | None | None | 0 | None | 0 | None | 0 |
| Fence, Pool, etc | Complex pool | Complex pool | 0 | Complex pool | 0 | Complex pool | 0 |
| Other | None | None | 0 | None | 0 | None | 0 |
| Net Adj. (total) | | | + $0 | | + $0 | | + $0 |
| Adjusted Sales Price | | | $630,000 | | $695,000 | | $700,000 |

*Items marked with an asterisk are required, the form will not be saved if these values are left blank.
All information provided is based upon public records or general expertise and is not dependent upon the analysis of other parties. This analysis has been performed by a licensed real estate professional and is intended for the benefit of the addressee. This report should not be construed as an appraisal. All information herein is deemed accurate but not guaranteed.

Page 1 of 2

## IV. MARKETING STRATEGY

[X] As-Is   [ ] Minimal Lender Required Repairs   [ ] Repaired   Most Likely Buyer: [X] Owner occupant   [ ] Investor

## V. REPAIRS

Itemize ALL repairs needed to bring property from its present 'as is' condition to average marketable condition for the neighborhood.

| Item | Estimated Cost | Item | Estimated Cost |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

GRAND TOTAL FOR ALL REPAIRS    $0

Estimated Days to Complete Repairs: Between:   and
Does Agent believe there will be a Resale Problem?   Yes [ ]   No [X]

## VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 10 CITY PL APT 22G | 10 City Pl 9G | | 1 Renaissance Sq 23B | | 1 Renaissance Sq V6B | |
| City, State Zip |  | White Plains NY 10601 | | White Plains NY 10601 | | White Plains NY 10601 | |
| Proximity to Subject |  | *Proximity Same Build | | *Proximity Same Block | | *Proximity Same Block | |
| Type of Listing / List Price |  | Market $549,000 | | Market $799,000 | | Market $849,000 | |
| Price/Gross Living Area | $497 Sq.Ft. | $528.00 Sq.Ft. | | $540.00 Sq.Ft. | | $548.00 Sq.Ft. | |
| Property Type | Condo | Condo | | Condo | | Condo | |
| Data Source / Source ID | MLS 2835037 | MLS 3330294 | | MLS 3329477 | | MLS 3331227 | |
| Original List $ / List Date |  | $549,000 Oct 2 2013 | | 799000 Sep 28 2013 | | $875,000 Oct 11 2013 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sales or Financing Concessions |  | None | 0 | None | 0 | None | 0 |
| Days on Market (Total) |  | 77 |  | 80 |  | 68 |  |
| Location | Good | Good | 0 | Good | 0 | Good | 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0 | Fee Simple | 0 | Fee Simple | 0 |
| Site Size | 0 ac | 0 ac | 0 | 0 ac | 0 | 0 ac | 0 |
| View | Residential | City | 0 | City | 0 | City | 0 |
| Design and Appeal | Multi-Unit | Multi-Unit | 0 | Multi-Unit | 0 | Multi-Unit | 0 |
| Quality of Construction | Good | Good | 0 | Good | 0 | Good | 0 |
| Age | 8 yrs | 8 yrs | 0 | 6 yrs | 0 | 6 yrs | 0 |
| Condition | Good | Good | 0 | Good | 0 | Good | 0 |
| Above Grade Room Count | Total 4 / Bdms 2 / BA 2 / HBA 1 | Total 3 / Bdms 1 / BA 1 / HBA 1 | $12,500 | Total 4 / Bdms 2 / BA 2 / HBA 1 | 0 | Total 4 / Bdms 2 / BA 2 / HBA 0 | 0 |
| Gross Living Area | 1359 Sq.Ft. | 1039 Sq.Ft. | $40,000 | 1480 Sq.Ft. | ($15,125) | 1550 Sq.Ft. | ($23,875) |
| Basement Sq.Ft./%Fin | 0 Sq.Ft. 0% | 0 Sq.Ft. 0% | 0 | 0 Sq.Ft. 0% | 0 | 0 Sq.Ft. 0% | 0 |
| Functional Utility | Yes | Yes | 0 | Yes | 0 | Yes | 0 |
| Heating/Cooling | Heat Pump | heat pump | 0 | hydro air | 0 | hydro air | 0 |
| Energy Efficient Items | None | None | 0 | None | 0 | None | 0 |
| Garage/Carport | 1 Attached | 1 Attached | 0 | 1 Attached | 0 | 1 Attached | 0 |
| Porches, Patio, etc | None | None | 0 | None | 0 | None | 0 |
| Fence, Pool, etc | Complex pool | Complex pool | 0 | Complex pool | 0 | Complex pool | 0 |
| Other | None | None | 0 | Building appeal | ($50,000) | building appeal | ($50,000) |
| Net Adj. (total) |  |  | + $52,500 |  | - $65,125 |  | - $73,875 |
| Adjusted Sales Price of Comparable |  |  | $601,500 |  | $733,875 |  | $775,125 |

## VII. MARKET VALUE (The value must fall within the indicated value of the Competitive Closed Sales).

| (Normal Sale 90-120 days) | Market Value | Suggested List Price |  |  |
|---|---|---|---|---|
| AS IS | $675,000 | $689,000 | FAIR MARKET RENT (monthly income) | $4,000 |
| REPAIRED | $675,000 | $689,000 |  |  |
| (Quick Sale Value 0-90 Days) |  |  |  |  |
| AS IS | $600,000 | $619,900 | SUBJECT LAND VALUE |  |
| REPAIRED | $600,000 | $619,900 |  |  |

## COMMENTS

Describe and justify your recommended marketing strategy - As Is or Repaired. (Include specific positives/negatives and/or concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if addtional space is needed.)

See page 3.

Signature: _Stephanie Mason_   License No. _10351206655_   Date: _Dec 18 2013_

*Items marked with an asterisk are required, the form will not be saved if these values are left blank.

This is an opinion of price and is not a certified appraisal of the market value of the property. If such an appraisal is desired, the service of a certified appraiser must be obtained.